Wyatt A. Lison (SBN – 316775)
wlison@fdpklaw.com
**FEINSTEIN DOYLE PAYNE**
  **& KRAVEC, LLC**
429 Fourth Avenue, Suite 1300
Pittsburgh, PA 15219
Tel.: (412) 281-8400
Fax: (412) 281-1007

Antonio Vozzolo (*pro hac vice* to be filed)
avozzolo@vozzolo.com
Andrea Clisura (*pro hac vice* to be filed)
aclisura@vozzolo.com
**VOZZOLO LLC**
345 Route 17 South
Upper Saddle River, NJ 07458
Tel.: (201) 630-8820
Fax: (201) 604-8400

*ATTORNEYS FOR PLAINTIFFS*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOYCE BENTON, MELISSA GRECO, ANTHONY SWETALA, AND RALPH MILAN,**<br><br>             Plaintiffs,<br><br>    v.<br><br>**CVS HEALTH CORPORATION AND CVS PHARMACY, INC.,**<br><br>             Defendants. | CASE NO.:  3:22-CV-01640-RS<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION**<br><br>Date: June 9, 2022<br>Time: 1:30 PM<br>Courtroom: 37, 17th Floor<br>Judge: Richard Seeborg |

Pursuant to L.R.7-3(d)(2), Plaintiffs respectfully submit this Statement of Recent Decision to bring to the Court's attention the recent decision in *Brown v. Van's Int'l Foods, Inc.*, 2022 U.S. Dist. LEXIS 84477, 2022 WL 1471454, 22-cv-0001-WHO (N.D. Cal. May 10, 2022), a true and correct copy which is attached hereto as Exhibit A. *Brown* was decided after Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss which was filed on April 5, 2022, and is appropriate for consideration by the Court. *See* Civil L.R. 7-3(d)(2) ("Before the noticed hearing date, counsel may bring to the Court's attention a relevant judicial opinion published after the date the opposition or reply was filed by filing and serving a Statement of Recent Decision" containing a citation to a copy of the new opinion without argument.) *Brown* is relevant to Defendant CVS Pharmacy, Inc.'s pending Motion to Dismiss (Dkt. 12, pp. 7-8) with respect to its preemption argument under *Buckman Co. v. Plaintiffs' Legal Comm.*, 531 U.S. 341, 353 (2001), and Plaintiffs' Opposition thereto (Dkt. 19, pp. 8-14).

DATED: May 19, 2022

Respectfully submitted,

**FEINSTEIN DOYLE PAYNE & KRAVEC, LLC**

By: *s/Wyatt A. Lison*
     Wyatt A. Lison

429 Fourth Avenue, Suite 1300
Pittsburgh, PA 15219
Tel.: (412) 281-8400
Fax: (412) 281-1007
Email: wlison@fdpklaw.com

**VOZZOLO LLC**

Antonio Vozzolo (*pro hac vice* to be filed)
Andrea Clisura (*pro hac vice* to be filed)
345 Route 17 South
Upper Saddle River, NJ 07458
Tel.: (201) 630-8820
Fax: (201) 604-8400
Emails: avozzolo@vozzolo.com
           aclisura@vozzolo.com

*Attorneys for Plaintiffs*